<u>In the United States District Court Northern District illinois</u>

Doris V Walker



RECEIVED KRA
3/20/2023
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

V

**1:23-cv-01746
JUDGE KOCORAS
MAGISTRATE JUDGE VALDEZ
RANDOM**

Air BnB                                                        Judge: Presiding

United States of America
Unknown employee

<u>Complaint for Discrimination
Provisions under the civil
rights act of 1961</u>

Jurisdiction: Illinois Plaintiff is a resident of Illinois, there are no impediments to the Defendant gaining access to the courts and justice will not be impeded by the Defendant attending court in Illinois via zoom online. Airbnb does not have a physical address in the United States or a business license that the Plaintiffs are aware of.

Venue: The Federal District Court is the proper venue to sue internationally.

On January 1, 2023 the Plaintiff Doris V Walker filed this complaint for damages against AirBnB.

AirBnB

Is a company that lists vacation rentals. Airbnb locked me out of my account and stated their reason is that they received a report that I did not own the properties that I posted. They did not ask me first if I own the property, they did not conduct a hearing, or request evidence. Air bnb the defendant simply locked the Plaintiff out. The Defendant AirBnB stated in a memo before

locking me out that someone anonymously reported that the property does not belong to me and stated I would have to wait 7 days before I can regain access. This occurred on January 1,2023. I have attached all copies of my properties to this complaint. The Defendant has displayed a racially motivated animus towards the Plaintiff and has denied the Plaintiff access to the platform which is a pattern that has been displayed when the Defendant intentionally locked the Plaintiff out of the account and cited lies as the justification for not allowing the Plaintiff to participate in the forum. This racially motivated animus is keeping the plaintiff from being financially affluent. The Defendant by and through their company has caused harm to the Plaintiff.

Count 1 Racism: The Defendant has caused the Plaintiff to lose time and money in the denial of participation in the Platform for vacation rentals.

Count 2 Tortious Interference with Contractual Relations: The Defendant has attempted to stop the Plaintiff from creating contracts and participating in the free market

Count 3 Unfair and Deceptive Business Practices: AirBnB has openly lied about the status of the ownership of the Plaintiffs property.

Conclusion:

Plaintiff has sought to remedy this situation before now to no avail. The Defendant has injured the Plaintiff. The Defendant has a duty to be truthful in their determinations and offer a remedy in the form of a hearing that allows evidentiary

proceedings to determine who is lying. The Plaintiff now seeks redress in this court because of the continuous harassment from online vendors due to the conspiracy of employees in the United States Government, the employees identity has finally been uncovered. Evidence will show that the platform has lied and that employees working for the United States have continued to harass the Plaintiff by promoting hatred, envy, jealousy, and lack of a purpose in life, by lying, stealing, paying and employing hackers to enter my accounts and disrupt my business relations.

Exhibits are attached to this complaint.

Wherefore, The Plaintiff seeks damages under the law for all counts listed in this complaint. Plaintiff seeks compensatory damages, punitive damages, any and all statutory damages, and any damages under the Federal Law. The Plaintiff is requesting a permanent injunction against the party responsible for sabotaging my efforts to rent my properties and pay my maintenance fees on time.



Prepared By and | Charles L Jones
Return to: | 3525 Springfield Rd
 | Charlottesville VA 22911
 | ***7126

90439
Consideration $10

## General Warranty Deed

This deed made and entered into on  18  day of  August , 20 22  by and between:

Grantor: **CHARLES L JONES AND PATRICIA B JONES, HER HUSBAND**
Of: 3525 Springfield Rd., Charlottesville Virginia 22911

Hereby          **CONVEY AND WARRANT**

Grantee: **Doris V Walker**
Of: 536 Lakehurst Drive, Waukegan Illinois 60085

WITNESSETH: That said Grantor, for good and valuable consideration of the sum of TEN DOLLARS ($10.00), paid by the said Grantee, the receipt of whereof is hereby acknowledged, has granted, bargained and sold to the said Grantee, and Grantee's heirs and assigns forever, the following described property, situate, lying, and being in the **County of Osceola, State of Florida**, to wit:

The following described property from 12:00 noon on the first day until 12:00 noon on the last day assigned to said Grantee during the below-described Unit Week number as said Unit Week is numbered and defined in the Declaration of Time Share Plan for Vacation Villas at Fantasyworld ("Declaration"), recorded in the Public Records of Osceola County, Florida, in the Book and at the page number hereinafter described below, which estate is to be succeeded forthwith by a succession of other estates in consecutive and chronological order, revolving among the other Unit Weeks described in the aforesaid Declaration, in order annually, it being the intent of this instrument that each Unit Week shall be considered a separate estate for and during the period of time assigned to each in said Declaration, with each said estate being succeeded by the next in unending succession governed by said Declaration until 12:00 noon on the first Saturday in 2030, at which date said estate shall terminate; together with a remainder over in fee simple absolute as tenant in common with the other owners of all the Unit Weeks in that percentage interest determined and established by the aforesaid Declaration for the following real estate located in the County of Osceola, State of Florida as follows:

**Time Share Period  11-30 in BIENNIAL EVEN IN UNIT No ONE (1011-30E)**, in which the first number represents the unit number and the number after the hyphen represents the unit week number in **Vacation Villas At Fantasyworld, A Timeshare Plan**, according to the Declaration of Condominium thereof recorded in Official Records Book 1030, at Pages 0555 through 0583, inclusive, Public Records of Osceola County, Florida, and all amendment(s) thereto, if any.

This conveyance is subject to, and by accepting this Deed the Grantee does hereby agree to assume the following:
1. Taxes for the current year and subsequent years;
2. Conditions, restrictions, limitations, reservations and easements of record;
3. Declaration of Time-Share Plan for Vacation Villas at Fantasyworld and Exhibits attached thereto, and any amendments thereof.

The benefits and obligations hereunder shall inure to and be binding upon their heirs, executors, administrators, successors and assigns of the respective parties hereto. The Grantor hereby covenants with the

Recorded in Osceola County, FL KELVIN SOTO, ESQ., CLERK OF COURT 09/19/2022 11:41:31 AM RECEIPT # 2668968
Rec Fees 18.50 DEED DOC 0.70  EXTRA NAMES
CFN# 2022141805 BK 6288 PG 173 PAGE 1 OF 2

RECEPTION#: 2022007979, 09/19/2022 at 10:58:29 AM, 1 OF 2, R$18.00, , , Sara L. Rosene, Grand County Clerk and Recorder, Colorado

Prepared By and Return to:
VOCC Inc
P O Box 1668
Branson MO 65615-1668
***7125

**DEED TAX: EXEMPT**
**Consideration: LESS THAN $100**

## General Warranty Deed

This deed made and entered into on 18 day of August, 2022 by and between:

Grantor: **BARRY J KOLLER AND VALERIE KOLLER, JOINT TENANTS**
Of: 336 S Downing, Denver Colorado 80209

Hereby            **CONVEY AND WARRANT**

Grantee: **Doris V Walker, A Single Woman**
Of: 536 Lakehurst Drive, Waukegan Illinois 60085

WITNESSETH: That said Grantor, for good and valuable consideration of the sum of TEN DOLLARS ($10.00), paid by the said Grantee, the receipt of whereof is hereby acknowledged, has granted, bargained and sold to the said Grantee, and Grantee's heirs and assigns forever, the following described property, situate, lying, and being in the **County of Grand, State of Colorado**, to wit:

Building (Court) B, Unit 1, Interval Week 48, THE PINES AT MEADOW RIDGE, Courts A, B, C, D, E and F, according to the Map and Supplements thereto filed for record. The Condominium Declaration for The Pines at Meadow Ridge filed for record on July 1, 1981, at Book 294, Pages 761-780, Reception No. 184715, and the Time Sharing Condominium Declaration filed for record on December 30, 1981 at Book 304, Pages 242-258, Reception No. 190061, Grand County, State of Colorado.

(Known by street numbering as The Pines at Meadow Ridge Lodges)

With all its appurtenances, and warrants the title against all persons claiming under it, subject to all unpaid taxes for the current year payable in the following year and taxes, assessments and condominium assessments for all subsequent years and any easements, restrictions and reservations of record or visible.

Book 4488  Page 0959

Jeannie Pike - Circuit Clerk
Garland, AR
eFiled for Record
09/19/2022  1:41PM

Prepared By and Return to:
VOCC INC
P O Box 1668
Branson MO 65615-1668
***7122

Certification: I hereby certify the proper amount of Document Stamps have been placed on this document.

Doris V Walker
Grantee

536 Lakehurst Dr Waukegan IL 60085
Address for Grantee

## General Warranty Deed

This deed made and entered into on __Aug__, __8__, 2022 by and between:

**Grantor: MILTON FARRIS AND SANDRA K FARRIS**
Of: 1071 Blazing Star Ct., Graford, Texas 76449

**Hereby          CONVEY AND WARRANT**

**Grantee: DORIS V WALKER, A SINGLE WOMAN**
Of: 536 Lakehurst Drive., Waukegan Illinois 60085

WITNESSETH: That said Grantor, for good and valuable consideration of the sum of TEN DOLLARS ($10.00), paid by the said Grantee, the receipt of whereof is hereby acknowledged, has granted, bargained and sold to the said Grantee, and Grantee's heirs and assigns forever, the following described property, situate, lying, and being in the **County of Garland, State of Arkansas**, to wit:

From 12:00 noon of the first day until 12:00 noon on the last day assigned to said Grantee during the below described Unit Week as said Unit Week is numbered and defined in the Master deed recorded in the records of the Circuit Clerk of Garland County, Arkansas, in the Book and at the page number hereinafter described, which estate is to be succeeded forthwith by a succession of other estates in consecutive and chronological order, revolving among the other Unit Weeks described in the aforesaid Master Deed, in order annually, it being the intent of this instrument that each Unit Week shall be considered a separate estate held separately and independently by the respective owners thereof for and during the period of time assigned to each in said Master Deed, each said estate being succeeded by the next in unending succession governed by said Master Deed until 12:00 noon on the first Saturday in 2022, as of which date said estate shall terminate, unless extended as provided by said Master Deed;

TOGETHER with a vested remainder over in fee simple absolute, as tenant in common with the other owners of all the Unit Weeks in the hereafter described Unit in that percentage interest determined and established by said Master Deed for the following described real property located in the County of Garland and State of Arkansas, as follows:

**Unit Week Number(s)**    40    **Unit Number(s)**    437

Of **SOUTH SHORE LODGE ESTATES** Horizontal Property Regime, together with interest in and to the common elements and areas as delineated on, and as described in the Master Deed recorded in Book 982, Page 291, et seq., of the records of the Circuit Clerk of Garland County, Arkansas.

```
                                                Instrument          BOOK  PAGE
                                                202200009891 OR     2710  411
202200009891
Electronic Filing
From: VOCC, Inc.
Thru: SIMPLIFILE                                202200009891
                                                Filed for Record in
                                                PIKE COUNTY, PA
                                                SHARON SCHROEDER
                                                09-14-2022 At 01:30 pm.
                                                DEED              133.65
                                                OR BOOK    2710 PAGE  411 - 414

Pike County PA
Certified Property Certification
Date: 09/14/2022
Municipality: Lehman                            202200009891
Map: 188.00-01-03.001                           Exempt Status - N
Clerk: JBostwick                                STATE RE    $       24.95
                                                LOCAL RE    $       24.95
                                                $      12.47 LEHMAN TWP
                                                $      12.48 EAST STROUDSBURG
                                                SCHOOL DISTRI
```

Prepared By and    VOCC, INC.
Return to:    P O BOX 1668
   BRANSON MO 65615-1668
   **7117

# General Warranty Deed

This deed made and entered into on 3 day OF August, 2022 by and between:

**Grantor: IRVIN H ROHE AND HELENA A ROHE**

Of: 7235 Oak Ridge Place, Chincoteague, Virginia 23336

**Hereby**      **CONVEY AND WARRANT**

**Grantee: DORIS V WALKER, A SINGLE WOMAN AS SOLE OWNER**

Of: 536 Lakehurst Drive, Waukegan Illinois 60085

    **WITNESSETH:** That said Grantor, for good and valuable consideration of the sum of ONE HUNDRED DOLLARS ($100.00), and other good and valuable consideration hereto paid by the said Grantee, the receipt of whereof is hereby acknowledged, has granted, bargained and sold to the said Grantee, and Grantee's heirs and assigns forever, the following described property, situate, lying, and being in the **Township of Lehman, County of Pike, State of Pennsylvania**, to wit:

ALL THAT CERTAIN lot, piece or parcel of land situate, lying and being in the Township of Lehman, County of Pike and Commonwealth of Pennsylvania, bounded and described as follows to wit:

Tax Map # 188.00-01-02-070319

Two Timeshare Interest consisting of a One Fifty Second (1/52) undivided interest as tenant in common in and to **Unit Number 1043 for Unit Week Number 9** within the project known as **EAGLE VILLAGE AT TAMIMENT**, and more particularly described by and subject to the Declaration of Conditions, Covenants and Restrictions recorded in the Recorder of Deeds in and for Pike County, Pennsylvania, on November 24, 1982, in Deed Book Volume 844, at Page 267.

Inst #: 20221017-0000213
Fees: $42.00
RPTT: $2.55 Ex #:
10/17/2022 07:30:08 AM
Receipt #: 5135007
Requestor:
Resale Closings LLC
Recorded By: CABOW Pgs: 5
Debbie Conway
CLARK COUNTY RECORDER
Src: ERECORD
Ofc: ERECORD

Prepared By and Return To:
Resale Closings, LLC
211 South Schanck Avenue
Pen Argyl, PA 18072
Without Title Examination

Mail Tax Statement To:
El Dorado Resorts Corp
c/o Daily Management
16461 Racquet Club Road
Fort Lauderdale, FL 33326-3131

APN: 177-29-605-010/011/012
#166050

**Grandview at Las Vegas**
**Grant, Bargain, and Sale Deed**

Inventory Control Number: 060506A34Y
Unit Type: One Bedroom
Week No.: 34
Frequency: Triennial

For valuable consideration, the receipt and sufficiency of which are hereby acknowledged, NORBERT SALDANHA AND MIRIAM SALDANHA, whose mailing address is 25-6489 121 A Street, Surrey, British Columbia V3W 0Y4 ("Grantors") hereby grant to DORIS V. WALKER, a single woman, as tenancy in severalty, whose mailing address is PO Box 43, Ingleside, Illinois 60041("Grantees") all the real property situated in the County of Clark and State of Nevada, described as follows:

See attached Exhibit 'A' for Legal Description

Being the same premises granted to Norbert Saldanha and Miriam Saldanha, husband and wife, as joint tenants with rights of survivorship, from Eldorado resorts Corp., a Florida Corporation d/b/a Eldorado Development Corp. by the deed recorded April 7, 2011 as Instrument Number 0000979.

Subject to the following: the Declaration; the Master Declaration of Covenants, Conditions, and Restrictions and all amendments thereof and supplements thereto, if any; taxes for the current year and all subsequent years; and conditions, restrictions, limitations, reservations, easements and other matters of record; the benefits and obligations hereunder shall inure to and be binding upon the heirs, executors, administrators, successors and assigns of the respective parties hereto. The Grantor covenants with the Grantee that the Grantor is lawfully seized of the above property in fee simple; that the Grantor has good, right, and lawful authority to sell and convey the above property, and warrants the title to the above property and will defend the same against the lawful claims of all persons whomsoever.

Pg 1

Deed BK: 4594 PG: 51 Doctype: 1 09/19/2022 at 12:33:02 PM, 1 OF 5 County Stamps: $0.55 State Stamps: $1.30 ELECTRONICALLY RECORDED Marion D. Foxworth III, Horry County, SC Registrar of Deeds

Prepared By and Return to:
VOCC Inc
P O Box 1668
Branson MO 65615-1668
*** 7104

## Vacation Time Sharing Ownership Deed

This deed made and entered into on 4 day of Aug, 2022 by and between:

Grantor: **ROSA B SMITH AND JAMES SMITH** for and during their joint lives and upon the death of either of them, then to the survivor of them, his or her heirs and Assigns, forever, as Joint tenants with rights of survivorship
Of: 3225 Bonanza Rd., Charleston, South Carolina 29414

Hereby **CONVEY AND WARRANT**

Grantee: **DORIS V WALKER, A SINGLE WOMAN**
Of: 536 Lakehurst Drive, Waukegan Illinois 60085

**WITNESSETH:** That said Grantor, for good and valuable consideration of the sum of TEN DOLLARS ($10.00), paid by the said Grantee, the receipt of whereof is hereby acknowledged, has granted, bargained and sold to the said Grantee, and Grantee's heirs and assigns forever, the following described property, situate, lying, and being in the **County of Horry, State of South Carolina**, to wit:

An estate for years in **Unit Week 7 Unit 103 in Kingfisher Horizontal** Property Regime, established by the Grantor pursuant to the South Carolina Horizontal Property Regime Act, Section 27-31-10, et seq., South Carolina Code of Laws, 1976, as amended and submitted by Master Deed dated the 15th day of February, 1983, and recorded in Deed Book 782 at Page 1, in the Office of the Clerk of Court for Horry County, and further established by a Declaration of interval Ownership, Rights, Restrictions, Affirmative Obligations, Conditions, etc. recorded in Deed Book 782 at Page 62. It being the intent of this instrument that each Unit Week shall be considered a separate estate held separately and independently by the respective Owners thereof for and during the period of time assigned to each in the Master Deed. In the year 2044, the estate of years converts to a tenancy-in-common unless extended as provided in the Master Deed.

Tax Map #: 195-14-13-004

Property Address: 100 N Waccamaw Drive, Garden City Beach, SC 29576

THIS CONVEYANCE IS MADE SUBJECT TO easements and restrictions of record and otherwise affecting the property.



STATE OF HAWAII
BUREAU OF CONVEYANCES
RECORDED
August 23, 2022 1:57 PM
Doc No(s) A - 82701416

/s/ LESLIE T KOBATA
REGISTRAR

Doc 1 of 1
Pkg 12075679 ICL

Conveyance Tax: $1.00

LAND COURT SYSTEM | REGULAR SYSTEM

After recordation, return by: mail (X) pickup ( )
Doris V Walker
35236 N Wilson Road
Ingleside, IL 60041

_____ Pages

### INTERVAL CONVEYANCE DEED
### (CLIFFS CLUB)

TAX MAP KEY FOR PROPERTY: (4) 5-4-005-039    CPR NO. 0183    ICN: 8303-23
                                                              UNIT: 8303

PARTIES TO DOCUMENT:

GRANTOR: Patricia Lynn Kitzmann, surviving Spouse and Tenant of Chester James Kitzmann who died on 08/16/2005, whose address is 18828 Corwin Road, Apple Valley, CA 92307

GRANTEES: Doris V. Walker, an Unmarried Woman, as Tenant in Severality, whose address is 35236 N Wilson Road, Ingleside, IL 60041

Instr# 118549389 , Page 1 of 3, Recorded 12/02/2022 at 02:46 PM
Broward County Commission
Deed Doc Stamps: $0.70 Mtg Doc Stamps: $0.00 Int Tax:$0.00

Please return to:
Clearshare, LLC
4700 Millenia Blvd Suite 175
Orlando FL 32839
Prepared by:
  Meredith J. Murray and Lynda J. Hickey
  101 Robert Joseph RD Pottstown PA 19465

PARCEL ID NUMBER: 504018AC1510

## Warranty Deed
### MIZNER PLACE AT WESTON TOWN CENTER

**This Indenture,** Made this 3rd day of June, 2022 A.D.
**Between** Meredith J. Murray and Lynda J. Hickey, as joint tenants with right of survivorship, whose address is: 101 Robert Joseph RD Pottstown PA 19465, **grantors,** and Doris V. Walker, a single woman whose address is: P O Box 43 Ingleside IL 60041, **grantees.**

**Witnesseth** that the GRANTORS, for and in consideration of the sum of ---------------------------------- **TEN DOLLARS ($10.00)**---------------------------- DOLLARS, and other good and valuable consideration to GRANTORS in hand paid by GRANTEES, the receipt whereof is hereby acknowledged, have granted, bargained and sold to the said GRANTEES and GRANTEES' heirs, successors and assigns forever the following described real property:

One Timeshare Interest(s), as defined in the Declaration of covenants, Conditions and Restrictions for MIZNER PLACE AT WESTON TOWN CENTER, A VACATION VILLAGE RESORT, recorded in Official Records Book 39075, at Page 663, of the Public Records of Broward County, Florida (the "Declaration") together with the right to occupy, pursuant to the Declaration, Assigned Unit Week13 and Assigned Unit 1424 in Assigned Year Annual. Parcel Identification NO. 504018AC1510

This conveyance is subject to and by accepting this Deed; the Grantee does hereby agree to assume the following:

1. Taxes for the current year and subsequent years.
2. Conditions, restrictions, limitations, reservations, easements and other matters of record
3. Declaration of Condominium of and Exhibits attached thereto, and any Amendments thereof.

Exhibit Attached Hereto

Doris V Walker
/s/Doris V Walker
4235 Coral Berry Rd
Gurnee Illinois 60031
masonwalkerkid56@gmail.com
2243811192